UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : 3:09-md-02100-DRH-PMF<br>: MDL No. 2100<br>:<br>: **Judge David R. Herndon**<br>: |

**This Document Relates to:**

*Maricella Reyes, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20433

*Janneth Berryman, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20434

*Meredith Fox, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20435

*Adela Sanchez, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20436

*Darlene Victor, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20443

*Nicole Behlow, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20444

*Irma Gonzalez, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20445

*Jackie C. Knott, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20494

*Corrine M. Ratcliff, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20495

*Rolanda Coleman, et al., v. Bayer Corp., et al.* Case No. 3:09-cv-20496

*Katherine L. Murphy, et al., v. Bayer Corp., et al.* Case No. 3:10-cv-20506

*Kimble L. Colbert, et al., v. Bayer Corp., et al.* Case No. 3:11-cv-20018

*Jessy Quintana-Yong, et al., v. Bayer Corp., et al.* Case No. 3:11-cv-20019

_____

**ORDER**

On March 21, 2011, the parties in the above captioned actions filed identical stipulations (*see e.g. Reyes* 3:10-cv-20433 Doc. 20). The stipulations state that, in light of this Court's orders remanding *Ryan Bleecher, et al., v. Bayer Corp., et al.*, Case No. 3:10-cv-20382-DRH-PMF (Doc. 32) and *Josefina Brambila, et al., v. Bayer Corp., et al.*, Case No. 3:10-cv-20248-DRH-PMF (Doc. 27), the parties stipulate and agree that the above-captioned matters be remanded to state court, each party to bear its own costs and attorneys' fees incurred in connection with the removal and other proceedings in federal court. *See e.g.,* Id. Upon consideration of the parties' stipulations, the Court **ORDERS** as follows:

Plaintiffs' motions to remand to state court are **GRANTED**.

Accordingly, the Clerk is instructed to **REMAND** the above captioned cases to the originating state court, pursuant to 28 U.S.C. § 1447(c).  Lastly, the Court will not award attorneys' fees and costs associated with Plaintiffs' motions to remand.

**SO ORDERED:**

*Digitally signed by David R. Herndon*
*Date: 2011.03.22 12:58:44 -05'00'*

Chief Judge
United States District Court                            DATE:  March 22, 2011